STATE v. THOMAS SALPHORDORA PRYOR.

205 N. W. 2d 676.

April 6, 1973—No. 43391.

C. Paul Jones, State Public Defender, for appellant.

Warren Spannaus, Attorney General, George M. Scott, County Attorney, and Theodore R. Rix, Michael McGlennen, and Vernon E. Bergstrom, Assistant County Attorneys, for respondent.

PER CURIAM.

Defendant, convicted by a jury of simple robbery, Minn. St. 609.24, appeals from the judgment of conviction. We have carefully considered both of defendant's contentions and find that neither has any merit. There clearly was sufficient evidence on the issue of identification, and the evidence justified the jury in rejecting the defense of voluntary intoxication under Minn. St. 609.075.

Affirmed.